IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC 17 A 10:00

**ERIC M. PEAGLER,**
    Petitioner,

vs                                          CIVIL ACTION NO. 2:07cv703-MHT

**UNITED STATES OF AMERICA,**
    Respondent.
_____/

**MOTION REQUESTING STATUS REPORT**

On September 17, 2007, I filed a Response to this Court's Order of September 7, 2007. To date, I have received no answer or other indication that this filing is being acted upon, and I would like some indication that it has been received.

I would also like to receive any information as to the status of the filing, and whether it is being acted upon, docketed for a hearing, or if any other action is being taken concerning this filing.

I would appreciate an early reply in writing, in view that I am unable to communicate with you other than by correspondence.

DATED: This _11_ day of December, 2007.

                                                            Respectfully Submitted,

Eric M. Peagler
Reg. No. 07403-002
P.O. Box 5000
Yazoo City, MS 39194

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of the foregoing Motion Requesting Status Report to:

>A. Clark Morris
>Assistant U.S. Attorney
>131 Clayton Street
>Montgomery, Alabama 36104

on this __11__ day of December, 2007.

Eric M. Peagler

2

ic M. Peagler
g. No. 07403-002
O. Box 5000
zoo City, MS 39194



LEGAL MAIL        7004 2890 0003 7089 0618








2-BL





Clerk of Court
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5050
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED

