IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC M. PEAGLER, | ) |
| Petitioner, | ) |
| v | ) Civil Action No. 2:07cv703-MHT |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER ON MOTION**

On December 17, 2007 (Doc. No. 9), the petitioner filed a motion for status of the proceedings. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for status be and is hereby GRANTED.

The petitioner is hereby advised that this case is pending before the court on his 28 U.S.C. § 2255 motion, the answer filed by the government, and the petitioner's response to this court's order directing him to show cause why his 28 U.S.C. § 2255 motion should not be dismissed as untimely. The petitioner is further advised that no additional pleadings are necessary at this time and that he will be advised of any action taken by the court in this case.

Done this 18th day of December, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE