IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC M. PEAGLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | CIVIL ACTION NO. 2:07cv703-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 14, 2009, the magistrate judge filed a recommendation (doc. no. 13) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the recommendation is adopted and that the 28 U.S.C. § 2255 petition filed by petitioner is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

DONE, this the 15th day of May, 2009.

　　　　　　　　　　　　　　　　　　／s／  Myron H. Thompson　　　　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE